**IN THE __CIRCUIT__ COURT OF THE __FIRST__ JUDICIAL DISTRICT OF HINDS, COUNTY, MISSISSIPPI**

SHEARER ANTHONY ET AL                                    PLAINTIFF

VS.                                       NO. __251-09-000752-CIV__

MS STATE DEPARTMENT OF PUBLIC SAFETY/HIGHWAY             DEFENDANT

        I, BARBARA DUNN, CIRCUIT CLERK, OF THE CIRCUIT COURT

IN AND FOR THE SAID STATE AND COUNTY DO HEREBY CERTIFY THAT

THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL THE PAPERS

FILED IN THIS OFFICE IN THE ABOVE STYLED AND NUMBERED CAUSE,

AS OF THIS DATE THE SAME IS OF RECORD IN THIS OFFICE IN DOCKET

BOOK NO. __09__ PAGE NO. __752__ TO WIT:

        GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE __6TH__

DAY OF __OCTOBER__, __2009__.

                    **BARBARA DUNN, CIRCUIT CLERK**
                    HINDS COUNTY, MISSISSIPPI

                    BY _____ D.C.

CCKCTF1



**FILED**

SEP 10 2009

BARBARA DUNN, CIRCUIT CLERK

BY_____ D.C.

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANTHONY SHEARER, TAMMY SHEARER,
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ

                                                    **PLAINTIFFS**

VS.                                CAUSE NO.: 251-09-752 CIV

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF
DEPARTMENT OF ITAWAMBA COUNTY,
ITAWAMBA COUNTY BOARD OF SUPERVISORS.        **DEFENDANTS**

### COMPLAINT
### (Jury Trial Demanded)

COMES NOW, Plaintiff, Anthony Shearer, Tammy Shearer, Volume Meat Vegetables &

Produce and Outlawed Hawg BBQ("Shearer" or "Plaintiff"), by and through undersigned

counsel, and files this complaint against Mississippi Department of Public Safety; Captain

Jeffrey C. McNeece, individually and officially; Colonel Michael Berthay, individually and

officially; Chris Dickinson, individually and officially; Sheriff Department of Itawamba County;

Major Bill Ellis individually and officially; and Itawamba County Board of Supervisors alleging

violations of rights provided by 42 U.S.C. § 1981, 42 U.S.C. §1983, 42 U.S.C. §1985, equal

protection clause of the fourteenth amendment of the US Constitution, breach of covenant of

good faith and fair dealing, negligent Infliction of emotional distress, and interference with an

employment contract and/or prospective economic advantage and all other federal laws and laws

of the State of Mississippi which may be applicable.

### PARTIES

1.    Plaintiff, Anthony Shearer ("Shearer") is an adult resident of Itawamba County

      Mississippi residing at, 7443 Hwy 178 E, Fulton, MS  38843

2.     Plaintiff Tammy Shearer (Tammy) is an adult resident of Itawamba County
       Mississippi residing at 7443 Hwy 178 E, Fulton,  MS  38843.

3.     Plaintiff Outlawed Hawg and Vegetables Meat, Vegetables and Produce is a
       properly organized business authorized and licensed to operate in the State of
       Mississippi and may be served with process through Tony or Tammy Shearer at
       7443 Hwy 178 E, Fulton, MS  38843.

4.     Defendant Mississippi State Department of Public Safety may be served with
       process by serving the Mississippi Attorney General James Hood at 550 High
       Street Suite 1200, Jackson, MS 39201.

5.     Defendant Captain JEFFREY C. MCNEECE, individually and officially, may be
       served with process at his place of employment with the Headquarters,
       Mississippi Department of Public Safety/Mississippi Highway Patrol at 1900 E.
       Woodrow Wilson Drive, Jackson, MS 39216.

6.     Defendant Colonel MICHAEL BERTHAY, individually and officially, may be
       served with process at his place of employment with the Headquarters,
       Mississippi Department of Public Safety/Mississippi Highway Patrol at 1900 E.
       Woodrow Wilson Drive, Jackson, MS 39216.

7.     Defendant Major BILL ELLIS, individually and officially, may be served with
       process at his place of employment with the Headquarters, Mississippi
       Department of Public Safety/Mississippi Highway Patrol at 1900 E. Woodrow
       Wilson Drive, Jackson, MS 39216.

8.     Defendant Sheriff CHRIS DICKINSON, individually and officially, may be
       served with process at his place of employment with the Itawamba County Sheriff
       Department at 201 S. Cummings St. Fulton, MS 38843.

9. Defendant Sheriff CHRIS DICKINSON, individually and officially, may be served with process at his place of employment with the Itawamba County Sheriff Department at 201 S. Cummings St. Fulton, MS 38843.

10. Defendant Itawamba County Board of Supervisors may be served with process by providing service to the Itawamba County Chancery Clerk at PO Box 776 Fulton, MS 38843.

## JURISDICTION

11. The Court has jurisdiction over the claims in this complaint.

12. The Court has personal jurisdiction over the parties to this claim.

13. Venue is proper in this court since all or part of the alleged violations occurred in Jackson, Mississippi in the First Judicial District of Hinds County and at least one of the party defendants is a state agency with its executive office located in Hinds County in the First Judicial District.

## FACTS

14. Plaintiff, Tammy Shearer owned and operated a catering business by the name of Outlawed Hawg Catering.

15. In November 2007, the Itawamba County, Mississippi Board of Supervisors advertised for bids to feed prisoners at the Itawamba County Jail.

16. Plaintiff Tammy Shearer submitted a bid in response to the advertisement and Outlawed Hawg Catering was awarded the contract by the Itawamba County Mississippi Board of Supervisors.

17. On or about January 2008, Plaintiffs entered into a contract with Defendant Itawamba County Board of Supervisors for the feeding of prisoners in the custody

of Defendant Itawamba County Sheriff Department under the direction and

control of Itawamba County Sheriff Chris Dickinson.

18.     The Contract for feeding of prisoners was for the one-year period of January 1,

2008 through December 31, 2008.

19.     Plaintiffs performed all obligations under the contract in a satisfactory manner

under the provisions of the contract prior to the termination of the contract

20.     Plaintiff Tony Shearer had participated in protected activity by filing a grievance

and lawsuit against Defendant Mississippi Department of Public Safety/

Mississippi Highway Patrol.

21.     On or about March 7, 2008, Plaintiff Tony Shearer was directed to a meeting at

the New Albany Highway Patrol Substation for Troop F where Defendants Jeff

McNeece in conjunction with Major Bill Ellis threatened to terminate Plaintiff

Tony Shearer from his job with the Mississippi Highway Patrol if he did not

withdraw from the contract to provide food to the prisoners for the Itawamba

County Sheriff Department.

22.     On or about March 7, 2008, Defendant Major Bill Ellis additionally threatened to

"write up" or further discipline Plaintiff Tony Shearer with a group III offense if

he did not terminate his contract with Itawamba County.

23.     On or about March 7, 2008, Defendant McNeece informed Mr. Shearer that he

(McNeece) had taken it upon himself to contact the Sheriff of Itawamba County

to get him to agree to terminate the Shearer's contract to provide food to the

prisoners in the custody of the Itawamba County Sheriff Department.

24.     On or about March 8, 2008, Tony Shearer contacted Defendant Chris Dickinson

to request that Tammy Shearer and Volume Meat & Produce/Outlawed Hawg

4

BBQ be allowed to discontinue the feeding contract as directed by Defendants McNeece and Ellis.

25.    On or about March 8, 2008, Tony Shearer contacted Defendant Itawamba County Board of Supervisors president Danny Holley to notify him that he was being forced to resign the contract for the feeding of prisoners for Itawamba County.

26.    The value of Plaintiffs contract for feeding the Itawamba County prisoners was approximately $88,000.00.

27.    On or about March 10, 2008, the Itawamba County Board of Supervisors released Plaintiffs from the terms of the contract for the feeding of prisoners for Itawamba County.

28.    On or about March 10, 2008, following the actions of the Itawamba County Board of Supervisors, Plaintiff Tony Shearer was directed to a meeting with Defendants McNeece and Ellis where he was threatened, intimidated and harassed.

29.    On or about March 10, 2008, Defendant Berthay entered the meeting with Plaintiff Tony Shearer, and Defendants McNeece and Ellis and shortly thereafter directed Plaintiff Shearer to leave the room.

30.    Defendant Berthay knew of the actions taken against Plaintiffs under color of state law and did nothing to stop the activities.

31.    Plaintiff Tammy Shearer was not an employee of Defendants Mississippi Department of Public Safety/Mississippi Highway Patrol at all relevant times.

32.    Plaintiff Anthony Shearer was a vested employee of the State of Mississippi working for the Mississippi Department of Public Safety/Mississippi Highway Patrol at all relevant times.

33.     Plaintiffs have been continuously subjected to harassment and intimidation

        Defendant employees of the Mississippi Department of Public Safety which

        has been ongoing.

34.     Defendants Berthay,  McNeece, Ellis, Dickinson used their positions of authority

        to violate Plaintiffs' statutory, constitutional and common law rights.

### COUNT I
### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

35.     Plaintiff realleges and incorporate herein by reference each and every allegation

        contained in paragraphs 1-34 as if set out here in full.

36.     Defendants conduct was outrageous and beyond decency. Defendants' actions

        directed against Plaintiffs were reckless and in total disregard for a foreseeable

        outcome.

37.     As a direct and proximate result of Defendants' actions described herein, Plaintiff

        have suffered economic losses, benefits, and emotional distress.

### COUNT II
### INTENTIONAL INFLICITON OF EMOTION DISTRESS

38.     Plaintiff realleges and incorporate herein by reference each and every allegation

        contained in paragraphs 1-37 as if set out here in full.

39.     Defendant did not have just cause to coerce and force Plaintiff Tony Shearer to

        terminate the contract of Plaintiff Tammy Shearer with Defendants Itawamba

        County.

40.      Defendant's act of threatening to Discipline and/or terminate Plaintiff Tony

        Shearer was the direct cause of his injuries and violations of rights secured under

        Federal and State law.

6

41.   As a direct and proximate result of Defendants' actions described herein,
Plaintiffs Tony and Tammy Shearer have suffered economic losses, benefits, and
emotional distress.

## COUNT III
## RETALIATION

42.   Plaintiff realleges and incorporate herein by reference each and every allegation
contained in paragraphs 1-41 as if set out here in full.

43.   Plaintiff Tony Shearer had filed a grievance and a law suit against the Mississippi
Department of Public Safety/Mississippi Highway Patrol and is afforded
protection from retaliation.

44.   Plaintiff Tony Shearer was treated differently than other employees who had not
previously participated in protected activity.

45.   As a direct and proximate result of Defendants' actions described herein, Plaintiff
has suffered economic losses, benefits, and emotional distress.

## COUNT IV
## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

46.   Plaintiffs realleges and incorporate herein by reference each and every allegation
contained in paragraphs 1-45 as if set out here in full.

47.   Defendants failed in its duty to refrain from hindering or preventing the Plaintiffs
from the performance of their duties or to take affirmative steps to cooperate with
Plaintiff in achieving those goals.

48.   Defendants treatment and forced termination of Plaintiffs' contract for feeding
prisoners was conduct which violates the standards of decency, fairness, and
reasonableness.

49.     As a direct and proximate result of Defendants' actions described herein, Plaintiffs have suffered economic losses, benefits, and emotional distress.

## COUNT V
## EQUAL PROTECTION

50.     Plaintiff realleges and incorporate herein by reference each and every allegation contained in paragraphs 1-49 as if set out here in full.

51.     Defendants  and others who may later be identified used their apparent authority to treat similarly situated more favorable than Plaintiffs which had the effect of unreasonably depriving Plaintiffs of their right to be treated in the same manner as similarly situated individuals.

52.     As a direct and proximate result of Defendants' actions described herein, Plaintiffs have suffered economic losses, benefits, and emotional distress.

## COUNT VI

## INTERFERENCE WITH AN EMPLOYMENT CONTRACT AND/OR PROSPECTIVE ECONOMIC ADVANTAGE

53.     Plaintiff's realleges and incorporates herein by reference each and every allegation contained in paragraphs 1-52 as if set out here in full.

54.     Defendants' actions were calculated to cause damages to the Plaintiffs' in the lawful operation and performance of their business.

55.     That Defendants' actions were done with the unlawful purpose of causing damage and loss to Plaintiffs, without rights or justifiable cause.

56.     Defendants' actions resulted in actual damages and loss to the Plaintiffs.

57.     As a direct and proximate result of Defendants' actions described herein, Plaintiffs have suffered economic losses, benefits, and emotional distress.

## COUNT VII

## CONSPIRACY

58.   Plaintiff's realleges and incorporates herein by reference each and every allegation contained in paragraphs 1-57 as if set out here in full.

59.   Defendants, Berthay, McNeece, Ellis, and Dickinson constituted two or more persons;

60.   acting together with a unity of purpose and/or in furtherance to deprive, either directly or indirectly, Plaintiffs of the equal protection of the laws, or of equal privileges and immunities under the laws; a

61.   Plaintiffs were injured in their person and/or property or deprived of any right or privilege of a citizen of the United States.

62.   As a direct and proximate result of Defendants' actions described herein, Plaintiffs have suffered economic losses, benefits, and emotional distress

### PRAYER OF RELIEF

Plaintiffs request the Court issue the following relief:

a.   Compensatory damages both pecuniary and non-pecuniary in an amount to be determined by a jury;

b.   Attorneys fees, costs and expenses;

c.   Punitive damages, where appropriate, in an amount to be determined by a jury.

d.   Award such other relief to which Plaintiffs may be entitled under law.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment against the Defendants providing compensation for pecuniary and non pecuniary losses in amounts to be determined at trial; punitive damages, where appropriate, for willful, malicious and/or reckless

conduct in amounts to be determined at trial; reasonable attorneys fees and costs; and such

further relief as the Court deems appropriate.

This the 22nd day of June, 2009.


                                        Respectfully Submitted,
                                        ANTHONY SHEARER, TAMMY
                                        SHEARER, VOLUME MEAT,
                                        VEGETABLES & PRODUCE, and
                                        OUTLAWED HAWG BBQ, Plaintiffs


                                        Ermea J. Russell, MB# 5739
                                        Attorney for Plaintiffs



OF COUNSEL:
Ermea J. Russell MB# 5739
THE RUSSELL LAW FIRM, PLLC
P.O. Box 24561
Jackson, MS 39225
Tel: (601) 968-0048.

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

ANTHONY SHEARER, TAMMY SHEARER,
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ                                    **PLAINTIFFS**

VS.                                 CAUSE NO.: _251-09-752 civ_

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,        **F I L E D**
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF         SEP 21 2009
DEPARTMENT OF ITAWAMBA COUNTY,                       BARBARA DUNN, CIRCUIT CLERK
ITAWAMBA COUNTY BOARD OF SUPERVISORS.                BY_____D.C.
                                                     **DEFENDANTS**

---

## SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

> TO:  **Jim Hood, Attorney General**
> **Mississippi Attorney General's Office**
> **Walter Sillers Building, Suite 1200**
> **550 High Street**
> **Jackson, MS 39201**

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to

**Ermea J. Russell.**, the attorney for the Plaintiff, whose address is **P.O. Box 24561, Jackson,**

**MS 39225.**  Your response must be mailed or delivered within (30) days from the date of

delivery of this Summons and Complaint or a judgment by default will be entered against you for

the money or other things demanded in the complaint.

You must also file the original of your response with the clerk of this Court within a

reasonable time afterward.

**FILED**

STATE OF _Mississippi_

SEP 21 2009

COUNTY OF _Hinds_

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

Personally appeared before me the undersigned authority in and for the state and

county aforesaid, the within named _Carlene W. Collins_

who being first by me duly sworn states on oath that the matters and facts set forth in the

foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Carlene W Collins_

Process Server (signature)

Sworn to and subscribed before me this the _21st_ day of _September_,

_2009_.

My commission expires:

_1/2/2012_

EDDIE JEAN CARR, CHANCERY CLERK
NOTARY PUBLIC

By: _ANSanders D.C._

Shearer et al vs. State of Mississippi, et al.        Hinds Co. Circuit#251-09-752CIV

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANTHONY SHEARER, TAMMY SHEARER,
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ                                    **PLAINTIFFS**

VS.                                    CAUSE NO.: *251-09-752 CIV*

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF
DEPARTMENT OF ITAWAMBA COUNTY,
ITAWAMBA COUNTY BOARD OF SUPERVISORS.        **DEFENDANTS**

**F I L E D**

SEP 21 2009

BARBARA DUNN, CIRCUIT CLERK
BY_____D.C.

---

### SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

>    **TO: Michael Berthay, Officially and Individually**
>        **Mississippi Department of Public Safety**
>        **c/o Mississippi State Highway Patrol**
>        **P.O. Box 958**
>        **1900 E. Woodrow Wilson Drive**
>        **Jackson, MS 39216**


**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to

**Ermea J. Russell.**, the attorney for the Plaintiff, whose address is **P.O. Box 24561, Jackson,**

**MS 39225.**  Your response must be mailed or delivered within (30) days from the date of

delivery of this Summons and Complaint or a judgment by default will be entered against you for

the money or other things demanded in the complaint.

You must also file the original of your response with the clerk of this Court within a reasonable time afterward.

ISSUED under my hand and seal of said Court, this the 21 day of September 2009.

HON. BARBARA DUNN
CIRCUIT CLERK

BY: _____, D.C.

PREPARED BY:

ERMEA J. RUSSELL MB#5739
ATTORNEY FOR PLAINTIFF
THE RUSSELL LAW FIRM, PLLC
P.O. BOX 24561
623 COURT ST
JACKSON, MS 39225
(601) 968-0048

ATTEST A TRUE COPY
SEP 21 2009
BARBARA DUNN, CIRCUIT CLERK
BY _____ D.C.

2

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANTHONY SHEARER. TAMMY SHEARER.
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ

                                       **PLAINTIFFS**

VS.                     CAUSE NO.: 251 09-751 CIV

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF
DEPARTMENT OF ITAWAMBA COUNTY.
ITAWAMBA COUNTY BOARD OF SUPERVISORS.

## F I L E D

SEP 10 2009

BARBARA DUNN, CIRCUIT CLERK

BY_____ D.C.

              **DEFENDANTS**

### COMPLAINT
(Jury Trial Demanded)

COMES NOW, Plaintiff, Anthony Shearer, Tammy Shearer, Volume Meat Vegetables &

Produce and Outlawed Hawg BBQ("Shearer" or "Plaintiff"), by and through undersigned

counsel, and files this complaint against Mississippi Department of Public Safety; Captain

Jeffrey C. McNeece, individually and officially; Colonel Michael Berthay, individually and

officially; Chris Dickinson, individually and officially; Sheriff Department of Itawamba County;

Major Bill Ellis individually and officially; and Itawamba County Board of Supervisors alleging

violations of rights provided by 42 U.S.C. § 1981, 42 U.S.C. §1983, 42 U.S.C. §1985, equal

protection clause of the fourteenth amendment of the US Constitution, breach of covenant of

good faith and fair dealing, negligent Infliction of emotional distress, and interference with an

employment contract and/or prospective economic advantage and all other federal laws and laws

of the State of Mississippi which may be applicable.

### PARTIES

1.     Plaintiff, Anthony Shearer ("Shearer") is an adult resident of Itawamba County

        Mississippi residing at, 7443 Hwy 178 E, Fulton, MS  38843

STATE OF _Mississippi_

COUNTY OF _Hinds_

**FILED**

SEP 21 2009

BARBARA DUNN, CIRCUIT CLERK
BY _____ D.C.

    Personally appeared before me the undersigned authority in and for the state and

county aforesaid, the within named _Carlene W. Collins_

who being first by me duly sworn states on oath that the matters and facts set forth in the

foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Carlene W Collins_
**Process Server (signature)**

Sworn to and subscribed before me this the _21st_ day of _September_,
_2009_.

EDDIE JEAN CARR, **CHANCERY CLERK**
_____
**NOTARY PUBLIC**

My commission expires:

_1/2/2012_

By: _DNSanders D.C_

Shearer et al vs. State of Mississippi, et al.    Hinds Co. Circuit#251-09-752CIV

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANTHONY SHEARER, TAMMY SHEARER,
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ                                    **PLAINTIFFS**

VS.                                    CAUSE NO.: 25 / -09 - 752 CIV

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF
DEPARTMENT OF ITAWAMBA COUNTY,
ITAWAMBA COUNTY BOARD OF SUPERVISORS.            **DEFENDANTS**

---

## SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

**FILED**

SEP 21 2009

BARBARA DUNN, CIRCUIT CLERK
BY_____D.C.

        **TO: Jeffrey McNeece, Officially and Individually**
            **Mississippi Department of Public Safety**
            **c/o Mississippi State Highway Patrol**
            **P.O. Box 958**
            **1900 E. Woodrow Wilson Drive**
            **Jackson, MS 39216**

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

        You are required to mail or hand-deliver a copy of a written response to the Complaint to

**Ermea J. Russell.**, the attorney for the Plaintiff, whose address is **P.O. Box 24561, Jackson,**

**MS 39225.**  Your response must be mailed or delivered within (30) days from the date of

delivery of this Summons and Complaint or a judgment by default will be entered against you for

the money or other things demanded in the complaint.

STATE OF _MISSISSIPPI_

COUNTY OF _HINDS_

**FILED**

SEP 21 2009

BARBARA DUNN, CIRCUIT CLERK

BY_____ D.C.

    Personally appeared before me the undersigned authority in and for the state and

county aforesaid, the within named _Carlene Collins_

who being first by me duly sworn states on oath that the matters and facts set forth in the

foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Carlene W Collins_
Process Server (signature)

Sworn to and subscribed before me this the _21st_ day of _September_,
_2009_.

My commission expires:

_1/2/2012_

EDDIE JEAN CARR, CHANCERY CLERK

NOTARY PUBLIC

By: _DN Sanders_ D.C.

Shearer et al vs. State of Mississippi, et al.    Hinds Co. Circuit#251-09-752CIV

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANTHONY SHEARER, TAMMY SHEARER,
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ                                  **PLAINTIFFS**

VS.                                    CAUSE NO.: *251-09-752 C/V*

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF
DEPARTMENT OF ITAWAMBA COUNTY,
ITAWAMBA COUNTY BOARD OF SUPERVISORS.          **DEFENDANTS**

**FILED**

SEP 21 2009

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

---

## SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

> **TO: Bill Ellis, Officially and Individually**
> **Mississippi Department of Public Safety**
> **c/o Mississippi State Highway Patrol**
> **P.O. Box 958**
> **1900 E.Woodrow Wilson Drive**
> **Jackson, MS 39216**

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to

**Ermea J. Russell.**, the attorney for the Plaintiff, whose address is **P.O. Box 24561, Jackson,**

**MS 39225.**  Your response must be mailed or delivered within (30) days from the date of

delivery of this Summons and Complaint or a judgment by default will be entered against you for

the money or other things demanded in the complaint.

You must also file the original of your response with the clerk of this Court within a reasonable time afterward.

      **ISSUED** under my hand and seal of said Court, this the _21_ day of September 2009.

                    **HON. BARBARA DUNN**
                    **CIRCUIT CLERK**

                    **BY:** _____, **D.C.**

**PREPARED BY:**

**ERMEA J. RUSSELL MB#5739**
**ATTORNEY FOR PLAINTIFF**
**THE RUSSELL LAW FIRM, PLLC**
**P.O. BOX 24561**
**623 COURT ST**
**JACKSON, MS 39225**
**(601) 968-0048**

ATTEST A TRUE COPY
SEP 21 2009
BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

2

**PROOF OF SERVICE –SUMMONS**
(Process Server)

**FILED**

SEP 21 2009

BARBARA DUNN, CIRCUIT CLERK

BY _Bill Ellis_ D.C.

_Katie Dalton Ms Dept. of Public Safety for Bill Ellis_

Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

___    **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By Mail** (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledge and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_X_    **PERSONAL SERVICE. I personally delivered copies to** _Katie Dalton Ms. DPS legal_ on the _21st_ day of _September, ~~2008~~ 2009_, where I found said person in _Hinds_ County of the State of _Mississippi_.

___    **RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, _____ (State). I served the summons and complaint on the _____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, _____, I mailed (By first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

At the time of services I was at least 18 years of age and not a party to this action.

Fee for service: $_35.00_ .

Process server must list below: [Please print or type]

Name: _Carlene Collins_    SS#: _XXX-XX-3075_
Address: _1336 Misty Lane_
    _Terry, MS 39170_
Telephone No: _6017500746_

Shearer et al vs. State of Mississippi, et al.    Hinds Co. Circuit#251-09-752CIV

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANTHONY SHEARER, TAMMY SHEARER,
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ

**PLAINTIFFS**

VS.

CAUSE NO.: 25109-752 CIV

**FILED**

SEP 10 2009

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF
DEPARTMENT OF ITAWAMBA COUNTY,
ITAWAMBA COUNTY BOARD OF SUPERVISORS.

**DEFENDANTS**

## COMPLAINT
### (Jury Trial Demanded)

COMES NOW, Plaintiff, Anthony Shearer, Tammy Shearer, Volume Meat Vegetables &

Produce and Outlawed Hawg BBQ("Shearer" or "Plaintiff"), by and through undersigned

counsel, and files this complaint against Mississippi Department of Public Safety; Captain

Jeffrey C. McNeece, individually and officially; Colonel Michael Berthay, individually and

officially; Chris Dickinson, individually and officially; Sheriff Department of Itawamba County;

Major Bill Ellis individually and officially; and Itawamba County Board of Supervisors alleging

violations of rights provided by 42 U.S.C. § 1981, 42 U.S.C. §1983, 42 U.S.C. §1985, equal

protection clause of the fourteenth amendment of the US Constitution, breach of covenant of

good faith and fair dealing, negligent Infliction of emotional distress, and interference with an

employment contract and/or prospective economic advantage and all other federal laws and laws

of the State of Mississippi which may be applicable.

## PARTIES

1.      Plaintiff, Anthony Shearer ("Shearer") is an adult resident of Itawamba County

Mississippi residing at, 7443 Hwy 178 E, Fulton, MS  38843

**FILED**

STATE OF _Mississippi_

SEP 21 2009

COUNTY OF _Hinds_

BARBARA DUNN, CIRCUIT CLERK

BY_____D.C.

   Personally appeared before me the undersigned authority in and for the state and

county aforesaid, the within named _Carlene W. Collins_

who being first by me duly sworn states on oath that the matters and facts set forth in the

foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Carlene W Collins_
Process Server (signature)

Sworn to and subscribed before me this the _21st_ day of _September_,
_2009_

EDDIE JEAN CARR, CHANCERY CLERK
NOTARY PUBLIC

My commission expires:

By: _DNSanders D.C._

_1/2/2012_

Shearer et al vs. State of Mississippi, et al.          Hinds Co. Circuit#251-09-752CIV

STATE OF _MISSISSIPPI_

COUNTY OF _HINDS_

    Personally appeared before me the undersigned authority in and for the state and

county aforesaid, the within named _Carlene W. Collins_

who being first by me duly sworn states on oath that the matters and facts set forth in the

foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Carlene W Collins_
Process Server (signature)

Sworn to and subscribed before me this the _21st_ day of _September_,
_2009_

My commission expires:

_1/2/2012_

EDDIE JEAN CARR, CHANCERY CLERK
NOTARY PUBLIC
By: _DNSanders D.C._

**FILED**
SEP 21 2009
BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

Shearer et al vs. State of Mississippi, et al.    Hinds Co. Circuit#251-09-752CIV

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

ANTHONY SHEARER, TAMMY SHEARER,
VOLUME MEAT VEGETABLES & PRODUCE,
OUTLAWED HAWG BBQ                                          **PLAINTIFFS**

VS.                                     CAUSE NO.: _251-09-752 CIV_

MS STATE DEPARTMENT OF PUBLIC SAFETY/
MISSISSIPPI HIGHWAY PATROL, CAPTAIN
JEFFREY C. MCNEECE, individually and officially,
MICHAEL BERTHAY, individually and officially,
BILL ELLIS, individually and officially, CHRIS
DICKINSON, individually and officially, SHERIFF
DEPARTMENT OF ITAWAMBA COUNTY,
ITAWAMBA COUNTY BOARD OF SUPERVISORS.          **DEFENDANTS**

---

## SUMMONS

---

**THE STATE OF MISSISSIPPI**
**COUNTY OF HINDS**



      **TO: Stephen B. Simpson Commissioner**
         **Mississippi Department of Public Safety**
         **Mississippi State Highway Patrol**
         **P.O. Box 958**
         **1900 E. Woodrow Wilson Drive**
         **Jackson, MS 39216**

FILED
SEP 21 2009
BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to

**Ermea J. Russell.**, the attorney for the Plaintiff, whose address is **P.O. Box 24561, Jackson,**

**MS 39225.** Your response must be mailed or delivered within (30) days from the date of

delivery of this Summons and Complaint or a judgment by default will be entered against you for

the money or other things demanded in the complaint.

You must also file the original of your response with the clerk of this Court within a reasonable time afterward.

**ISSUED** under my hand and seal of said Court, this the _____ day of September 2009.

**HON. BARBARA DUNN**
**CIRCUIT CLERK**

**BY:** _____, **D.C.**

**PREPARED BY:**

**ERMEA J. RUSSELL MB#5739**
**ATTORNEY FOR PLAINTIFF**
**THE RUSSELL LAW FIRM, PLLC**
**P.O. BOX 24561**
**623 COURT ST**
**JACKSON, MS 39225**
**(601) 968-0048**

ATTEST A TRUE COPY
SEP 21 2009
BARBARA DUNN, CIRCUIT CLERK
D.C.

2